UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JANE A. RESTANI, SENIOR JUDGE

| | |
|---|---|
| RESOLUTE FP CANADA, INC.,<br><br>               Plaintiff,<br><br>   v.<br><br>UNITED STATES,<br><br>               Defendant,<br><br>   and<br><br>COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS and SIERRA PACIFIC INDUSTRIES,<br><br>               Defendant-Intervenors. | Court No. 23-00095 |

### NOTICE OF WITHDRAWAL OF ATTORNEY PATRICK MCLAIN

**PLEASE TAKE NOTICE** that Patrick McLain should be removed as attorney of record in the above-referenced case.  Mr. McLain will soon resign from Wilmer Cutler Pickering Hale and Dorr LLP and will no longer participate in this matter.  Defendant-Intervenor Sierra Pacific Industries, including its subsidiary Seneca Sawmill Company (collectively, "Sierra Pacific"), will continue to be represented by Jeffrey I. Kessler, David J. Ross, Stephanie E. Hartmann, and Kanzanira Thorington.

        Respectfully submitted,

        /s/ Patrick J. McLain
        Patrick J. McLain

        WILMER, CUTLER PICKERING
          HALE and DORR LLP
        2100 Pennsylvania Avenue, NW
        Washington, D.C. 20037
        (202) 663-6393
        patrick.mclain@wilmerhale.com

Date:  July 7, 2023